CAUSE NO. 07-15-00090-CV



EVANGELOS PAGONIS

    PLAINTIFF PRO. SE.

V.

CATHERINE THOMAS

    DEFENDANT

COURT OF APPEALS

SEVENTH DISTRICT OF TEXAS.

AMARILLO, TEXAS.

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS.

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT DEFENDANT CATHERINE THOMAS PRODUCE FOR INSPECTION AND COPYING THE FOLLOWING DOCUMENTS:

1. THE COMPLETE TRAINING OF DEFENDANT WHILE AT THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DALHART UNIT. (TO INCLUDE RANK TEST SCORES)

2. ALL WRITTEN STATEMENTS, ORIGINALS OR COPIES, IDENTIFIABLE AS REPORTS ABOUT THE INCIDENT, MADE BY ANY UNIT EMPLOYEE, AND/OR WITNESSES.

1626253
Vangelos Pascalis
Dalhart Unit
1500 Fm 998
Dalhart, Tx 79022

LEGAL

AMARILLO TX 791
23 MAR 2015 PM 2

Court of Appeals.
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx 79105-9540

79105954O